COM.

v.

HALL, E.

211 EDA 2017

Superior Court of Pennsylvania.

09/26/2017

CP–46–CR–0003857–2013 (Montgomery)

Affirmed

COM.

v.

HARTMAN, C.

343 EDA 2017

Superior Court of Pennsylvania.

09/26/2017

CP–23–CR–0008202–2014 (Delaware)

Affirmed

IN the INTEREST OF:
F.F.W., a Minor

480 EDA 2017

Superior Court of Pennsylvania.

09/26/2017

CP–51–AP–0000206–2016 (Philadelphia)

Affirmed

IN the INTEREST OF:
F.F.W., a Minor

483 EDA 2017

Superior Court of Pennsylvania.

09/26/2017

CP–51–DP–0001439–2014 (Philadelphia)

Affirmed

S.D.

v.

D.D.

1347 MDA 2016

Superior Court of Pennsylvania.

09/26/2017

CV 16–204 (Union)

Affirmed/Reversed/Remanded

COM.

v.

BITTINGER, R.

1630 MDA 2016

Superior Court of Pennsylvania.

09/26/2017

CP–22–MD–0000520–1985 (Dauphin)

Affirmed